UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYAL RIDGE FRUIT & COLD STORAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KING ORCHARDS, INC.,<br><br>Defendant. | CASE NO: 2:14-CV-13-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Dismissal with Prejudice, ECF No. 4. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Dismissal with Prejudice, **ECF No. 4**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 30th day of April 2014.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2